UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| In re:<br>    MARIAROSARIA ALBANO,<br><br>                 Debtor | Chapter 7<br>Case No. 05-45264-HJB |
|---|---|

### ORDER ON TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE, FREE AND CLEAR OF LIENS AND ENCUMBRANCES

### (MORTGAGE ON PROPERTY AT 42-44 MARYLAND STREET, SPRINGFIELD, MASSACHUSETTS)

This matter having come before the Court upon the motion and notice of Trustee's intent to sell property of the estate, free and clear of liens and encumbrances ("Motion") specifically to sell the Debtor's interest in a mortgage granted to the Debtor by Ciro Albano to the Debtor, on property at 42-44 Maryland Street, Springfield, Massachusetts, and the related indebtedness (the "Mortgage"); and the Court finding that notice has been properly given to parties in interest; and the Court having held a hearing on the Motion on March 14, 2007 to consider any objections and counteroffers; and no objections or counteroffers having been timely filed; and the Court finding that the sale, on the terms described in the Motion is appropriate; and the Court finding that the purchaser is a good faith purchaser, as that term is used in §363(m) of the Bankruptcy Code, and entitled to the protections provided such sections:

IT IS ORDERED that the Trustee's Motion shall be and hereby is allowed, and the Trustee is hereby authorized to sell the estate's interest in a mortgage granted to the Debtor by Ciro Albano to the Debtor, on property at 42-44 Maryland Street, Springfield, Massachusetts, and the related indebtedness to Belveron Real Estate Partners, L.L.C.(the "Purchaser") or its nominee, for the sum of $22,500.00. The Mortgage is being sold "as is, where is". If the Buyer does not complete the sale, the deposit of $2,500.00 may be forfeited.

IT IS FURTHER ORDERED that such sale shall be free and clear of all liens and encumbrances, with valid liens to attach to the proceeds in their order of priority.

IT IS FURTHER ORDERED that the proceeds shall be held by the Trustee pending further order of this Court.

Dated this 14th day of March, 2007.

_____
HENRY J. BOROFF
Bankruptcy Judge

05\0763\Order.Sale